BURCH *et al. v.* PERINE.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*— Judgment by default on an account. No motion to set aside the default below. Appeal dismissed, with costs.

*R. L. Walpole,* for the appellants.